FILED
in the Middle District of
North Carolina
12/03/21
1:14PM
Clerk, US District Court
By: _____CB_____

11/30/21

Dear Senior District ■■■■ Court Judge; Mr. N. Carlton Tilley Jr.

My Name is Arvetra R. Pickett Sr. and I'm Submitting this letter Requesting another Attorney due to (to) the Inefficient Council, Common Biase Council, and Misconduct that Mr. Mark Cummings has Shown since Representing Me. From the start Mr. Cummings has done Nothing But Lied to Me by telling me "I'm going to Get you Home, all I want you to Do is go get some Help for your Drug Addiction". "If I Cann't get your charges dropped down to get you out, I will get you out on Bond and we can Fight these charges with you on the Outside"! Not one thing that Mr. Cummings said has taking place and it's not like He Hasn't Had The Key to Keep His Promises, because from the Start I showed Mr. Cummings my warrants and How the changing officers Repeatedly charged me over and over for the same offenses, but only changed case numbers and file numbers to make it appear that they'er different offenses. Even different officers charged me with the same offenses that warrants was already Issued for. Which DA Onica Fuller Knew this from the very start and cannot Deny having Knowledge of me being Wrongly charged. Cause when she was asigned to my case, she had to look at the charges, the charging officers, as well as the many times I was charged with the same offenses and seen The Mistakes then. But DA Onica Fuller after seeing the Injustice tried to use use it to Rail Road me into accepting a plea of (3) Three Consecutive sentences of 20 to 33 months each, and the State will not proceed on Habitual Felon Indictments. This is the plea DA Onica Fuller came at me and Attorney

Mr. Elliot Clark-Farnell of The Public Defender's office with, which it appears now as if DA Fuller had Mr. Elliot Clark-Farnell Removed off my case after He Himself said to me that He turned Down This plea to DA Fuller in my Behalf! Why? Cause Mr. Elliot Clark said he'd not accept it or allow me to niether due to these aren't the charges I should have been charged with from the start! So a cooked up Conflict was giving to me why Mr. Elliot Clark-Farnell had to be Removed from my case of Representing me, but in Truth He wouldn't Aid DA Fuller Railroad me (or) Try! So Mr. Barry Snyder was appointed to Represent and from the start Mr. Snyder came with Common Biase, Inefficien Council, Race Slurrs, and Misconduct. Upon our First (only accouple) Attorney/Client visit Mr. Snyder stated he was 100% sure he could get me plead out to One (1) 20 to 33 month sentence instead of (3) consecutive ones, this was during the first part of November before court closed in 2020 for Thanksgiving. Mr. Snyder said He'ed be back in accouple of Days with The Plea paper work for me to sign, but I didn't see Mr. Snyder untill January or Febuary of 2021, nor would he respond to my letters (which I have copies of letters I wrote questioning him about the different pleas and getting me into a Treatment Program he promised me but Lied and Denied any promises, (As I have copies of The letters I have wrote Mr. Cummings as well!) but always telling me He never received any letters I wrote to Him from here at Guilford County Jail, "Judge", but it's very strange Mr. Snyder received and held personal mail that was addressed to me here at the jail, and I never got my mail untill after I told Him I wanted another Lawyer and complained to Ms. Alex Snow of the Public Offenders office bout Mr. Snyder's Misconduct he Lied and Denied. (So Mr. Snyder held my mail October 2020 untill well after the First of year ■ 2021 when asked to be Removed from my Case.) My mail was giving to Ms. Snow to Return to me. → (Next page!)

③

due Mr. Snyder wouldn't return it to the Jail so it would be giving to Me. But who that work within the mail Room would aid Mr. Snyder in this unlawful, unjust, and Inhuman Tactic to Intentional Inflict Emotional Distress to Me? I was finally Brought back before another Judge where Mr. Snyder withdrew from My Case, and Mr. Cummings was appointed to Represent Me.

And UHonor, it's been the very Same Lies, False Promises, False Hope, and Mishandling of My Case, or in Better Words "The Lack of Handling My Cases"! See from day one, Mr. Cummings has Known about how I was Wrongly Charged because I showed Him the warrants, which he took a couple of My warrants with Him when He left our Attorney/Client visit Here at the jail. When Mr. Cummings, left He stated, "I'm about to get you Home Mr. Pickett, I just wont you to go get some Help for your Addiction once I get you out! The Warrants Mr. Cummings took with Him was these. A Obtaining Property by False Pretense and A Misdemeanor Larceny that I was Charged with and the warrants servered on me in November of 2020 and I was giving a $25,000 bond for these two charges. But here's the Tricky part UHonor, This very same Obtaining Property By False Pretense is one of the very same charges I was already charged with when I first was locked up on July 1 2020. Did I explain this to the Magistrate who set the Bond? I did, and they didn't care! When I say They, it was two People handling recharging me and when I said something about this being one of the charges I was already locked up on, she (the Lady Magistrate) said you need to address this with your Lawyer! Which I wrote to Mr. Snyder to explain to him what had happened, his message to me through my wife was "I could be Charged with the same charge in District and Superior Court too! I wrote and asked why he would tell my wife this Knowing it wasn't true, again No Response or visit from Mr. Snyder for over another month or so. At which time the Race Slurs was made about Him being white, I'm Black, and The ownners of the stores are white, so what

is He to do, because His hands are Tied? Plus that there's no Deffense in My Behalf and the only Reason He was even Trying to Help me was because of My Wife because He Loved the Little Lady, and she can't help she fall (Fell) in Love with me and Married me, because I'm a Scumbag! These are Mr. Snyder's Words to me that I Reported to Ms. Snow of the Public Defenders office and My Wife Did Too, and He denied it all as I said Before (Wrote earlier). After this Mr. Snyder withdrew from My Case.

Again as I wrote earlier, it's been the basically same Misconduct from Mr. Cummings just no Race Slurrs, nor have he promised any Pleas, but the Common Biase, and Lies are the Same! Mr. Cummings looked me straight in the Eyes and told me that there is no Such Thing As A 14/72 Misdemeanor Habitural, His Words "There Just isn't Anything As A Misdemeanor Habitual"! Also Mr. Cumming Mishandled My Bond Motion Deliberatly so that it Would Be Denied by the Judge. Instead of presenting the warrants he (Mr. Cummings) ▓▓▓▓ took with Him of mine to use to get there extra Repeat charges and extra bond draped, he never presented them to the Judge at any time during the Request for My Bond Motion, but allowed the DA yet again to Stand Before the Judge and Court and Call me a Threat to the Community for Misdemeanor Larceny when I'm not charged with a violent charge, Nor do I have a Violant History (Record)! In other words, Mr. Cummings witheld Important Evidence during My Bond Motion that not only could have got me The Ankle Monitor He was Requesting, but possibily may have got The Judge to dismiss All Repeat charges and handled my case at that time. But I again was Never giving This chance due to the Inpefficient Council on Behalf of Mr. Cummings! After The Judge Denied My Bond Motion Request, Then Mr. Cummings mention to the Judge about me Being Repeatly charged over and over with very same charges, by different officers and only changing case and file numbers

to make it appear as if all these Warrants (charges) against me are different offenses instead of the same ones. The Judge went through (22) warrants and stated to DA Fuller, I got (22) warrants here before me, but I only see ("8") charges "8" actual charges. Likes these two charges, same date, same charging officer, same location, same offense, are they two different offenses or the same offense? "Wornor", the Judge never even gave DA Fuller case or file numbers for either warrants in question, but she looked through papers as if she was trying to find the answer to only look back up at the Judge and state "There was a Mistake made in charging Mr. Pickett"! Now Keep in Mind that "this after I already been Denied Ankle Monitor or Bond Reduction during this very Same Appearance", so there was never two different Appearances for a Bond Motion while Mr. Cummings Represented me! While being Returned to the Holding Cell, Mr. Cummings came back with Me and kept saying under his breath how DA Fuller really don't want to see him in Trial on My charges, which in My Mind I'm saying to myself "Why you talking about a Trial when you, I, The Judge, The Court, just heard The DA state There was a Mistake in charging Mr. Pickett and you Mr. Cumming get the Warrants in hand to prove that there is more than one mistake that was made, and not just in charging me, but in My Bond too why aren't you (He "Mr. Cummings") useing This to Keep His Promise upon being appointed to My case "I'm going to get you Home"? Once Mr. Cummings finally came to see me at the jail, His words to me was "The DA Refuse to come off (3) Three Consecutive Sentences of 20 to 33 months even after She Admitted there was ▪ Mistakes Made in charging ▪ you"! I asked Mr. Cummings, you telling Me That even after The DA Acknowledged

this, you cann't even get a Plea for a Misdemeanor Habitual of "24" months. At which point Mr. Cummings stated "There is No Such Thing As A Misdemeanor Habitual"! Right then I Knew I needed another Lawyer which I had already decided in court during Mr. Cummings Mock Bond Motion, that it was time to Request another Lawyer, cause I refuse to just set back and allow Anybody to just Screw me over as I have allowed My Addiction in Crack Cocain to due (Do) in The Past. The only Reason I'm even sitting here even writting this letter and going Through any of This is Due to I Relasped after being clean over (11) years due I Lost My Father, My Great Grandmother, My Brother (4 years younger than me and we lived together with My Grandmother who Raised us!) Then I Lost this Grandmother, Right after My Baby Brother who was (21), Right after My Stepmother Too! And During this time I also lost two Great Uncles and one of My Father's Brothers! Now please tell Me what Human Being wouldn't have had Some Serious Grief going On and Not Knowing How to deal with all This Grief, Made Some Mistakes? "UHonor", even though I Relasped, Even Through after sitting here in Jail for Right at going on (2) Two years and Just Lost My Sister "My Last Sibling" the End of Last month, I haven't giving up Nor will I give up on Myself when My Kids, Wife, My Family, My Wife's Family haven't giving up Neither on me! People I'ed worked for before being Locked up, Still got Jobs for me the Day I'm Released, because before Relasping I worked Full Time and A Part Time Job Too, and was Handling My Responsibilities as A Father and Husband is Supose to. Then all The Built up Grief Hit Me and I Honestly didn't Know how to Deal with it, so I was ashamed of all this pain and tears, all this emotion, and I hidd what I was going Through from My Wife, Kids, and Family because I allowed My Pride to Get The Best of me. So I tried

on Back →

to Dull The Pain by working Extra Hours to the point I was working myself to Death. One ~~~~ night after work I thought I'ed only be having a few Drinks with a few Co-Workers and Their Friends, but turned out it was a little ~~~ More than Drinks going on. Didn't no one put a Gun to My Head and make me stay! But Trust me when I write This, Every since after That Night I have Truly Regretted not walking away or calling my wife to come pick me up. Again I Regret Not Doing So! Why? Cause one was too many and a Thousand just wasn't Enough. But This Truly Honest to God isn't The Kind of Life I want, or wont for My own Son who has been getting into Trouble since I been Locked up. But how can I tell Him "Son don't do This or Don't That when I'm stuck in Jail Myself yet again?" Please UHonor", help me by looking into My situation and giving me one (1) chance more to Get it Back Right so My Son can see that Because you make a Mistake and stumble, even fall, but pray on it, get back up and Fight even harder This Time. And That because a person make mistakes, it Don't makes Them a Bad Person, but only Human! Am I Sorry about the Mistakes I have made? "Yes UHonor", I am and Not Because I am locked up. Cause for once before I Relasped I begin to Experience being A Productive Member of A Community that DA Fuller said I was A Threat to due to Being Human. And The Returning to Being A Productive member of The Community and Showing My Son if person wont to, They can overcome Anything as Long as you Have Faith and Keep Trying! Thank you for taking time out to Read this small book, but I didn't Know what else to do but write and explain my situation while praying on it.

Sincerely,
Arnethia R. Pickett Sr.
Guilford County Jail....